THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Robert Dexter Brown, Appellant.
 
 
 
 
 

Appeal From Georgetown County
James E. Lockemy, Circuit Court Judge

Unpublished Opinion No. 2010-UP-072
 Submitted January 4, 2010  Filed February
1, 2010   

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia; and Solicitor John Gregory Hembree, of Conway,
 for Respondent.
 
 
 

PER CURIAM:  Robert Dexter Brown appeals his
 convictions and sentences for assault and battery with intent to kill, assault
 and battery of a high and aggravated nature, and kidnapping.  He contends the
 trial court erred in admitting some prior bad acts related to the victim. 
 After a thorough review of the record, counsel's brief, and Brown's pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Brown's
 appeal and grant counsel's petition to be relieved. 
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.